# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00201-CR

**Juan Jose Torres, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 53,926, HONORABLE RICK MORRIS, JUDGE PRESIDING

## MEMORANDUM OPINION

Juan Jose Torres seeks to appeal from a judgment of conviction for burglary of a habitation. The trial court has certified that Torres waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *see also Monreal v. State*, No. 2289-01, slip op. at 13, 2003 Tex. Crim. App. LEXIS 57, at *20-21 (Tex. Crim. App. Mar. 12, 2003). The record also shows that this is a plea bargain case within the meaning of rule 25.2(a)(2). The appeal is dismissed. *See id*. rule 25.2(d).

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Kidd and Patterson

Dismissed

Filed: May 8, 2003

Do Not Publish